# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McAllen, Division

UNITED STATES OF AMERICA

V.

**Gerardo FUENTES-Calvillo**
A26 502 493  **AKA:** Gerardo Valente FUENTES-Calvillo
YOB: 1984
COC: United States

*Name and Address of Defendant*

## CRIMINAL COMPLAINT

Case Number: M-15-0480-M

United States District Court
Southern District of Texas
FILED

MAR 31 2015

Clerk of Court

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __March 30, 2015__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and brought the alien for the purpose of commercial advantage or private gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)__

I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

**Refer to Attachment A**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Sworn to before me and subscribed in my presence,

**Approved By:** /**D. Lindenmuth**

Signature of Complainant
**Nidia Trevino**
Printed Name of Complainant

**March 31, 2015**     at     **McAllen, Texas**
Date                              City and State

**Dorina Ramos**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer     Signature of Judicial Officer

# Attachment A

The defendant, a United States citizen and driver of the vehicle, attempted to bring illegally into the United States through the Hidalgo Port of Entry alien child D.A.F.F. (male, 4 years old), a Honduran citizen, as a United States citizen. At primary, the defendant claimed the child as his nephew, that he was a United States citizen, and presented a City of McAllen, Texas birth certificate bearing the name R.T. Jr. as proof. The defendant, along with two other children, were referred into secondary for further inspection.

In secondary, after talking to the child, he admitted to his true and correct first name and to being from Honduras. The defendant, after being advised of what the child had stated, admitted to bringing the child into the United States illegally, using his nephew's birth certificate. He went on to admit to knowing the child was from Honduras and lacked status to enter the United States.

According to the defendant, he had gone to Reynosa, Tamaulipas in search of someone who could help him bring his mother-in-law into the United States illegally. He was able to locate "Angel," who propositioned him into bringing the child into the United States. As a trade, Angel was to arrange the defendant's mother in law's illegal entry into the United States. Once in the United States, the defendant was going to take the child to his sister-in-law in McAllen. The next morning, someone was to call the defendant and he was to turn over the child to that person.

Database queries on the child revealed no legal status in the United States. Contact was established with the child's mother and she was advised of the situation. The child was transported to the RGV-Central Processing Center for placement/temporary housing.

The other two children were United States citizens and were turned over to their respective mother and great-grandmother.